Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368
USA

13CV3633
Judge Grady
Mag. Judge Martin

District of Illinois

Case Number Pending
Poverty Affidavit

Crystal L. Cox, Plaintiff
1-5 John and Jane Doe Plaintiffs

v.

Defendant(s)

FILED
MAY 14 2013
05/14/2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I, Plaintiff Crystal L. Cox Swear to the following upon my belief and knowledge.

I, Plaintiff, Crystal L. Cox, have a $2.5 Million Dollar Judge against me, as Exhibits Show.

**I, Crystal L. Cox, have the Following Assets:**

Approx. 100 Domain Names, which cost $10 a Year to Renew, on going and are connected to my online business, in which is my Income Source.

One 1993 Ford Truck, Smashed in, Value Approx. $500.

Various Household Possessions such as clothes, 1 bed, book cases.

One 6 old desktop computer.

No Property, No Land, No Investments, No Life Insurance, No Retirement Account.

**My Marital Status: Single**

1

I, Pro Se Counter Plaintiff Crystal L. Cox, Swear to the following upon my belief and knowledge.

Gross Income: $2000 Monthly

Rent: $825.00

Electricity $450

Insurance $50

Phone: $250

Internet $100

Gas $200

Food $320

Payment on Debts $200 - as much as possible, a Month to private parties and other debt holders, only when I can.

(I owe a dental debt of approx. $1200, and owe approx $300,000 to Private Parties, as filed in Obsidian V. Cox) (Debt to Eliot Bernstein on those documents was satisfied, until recently, when Defendants took part of the Domain Names settled in lieu of Debt., therefore some of that debt still applies)

I also owe Approx. $5000 to the IRS.

I Crystal L. Cox, on this Day of April, 24th, 2013, swear / affirm under penalty and perjury that these facts are true to my best knowledge and believe.

My monthly expenses is way more than my income, I have occasional help from churches, friends and family.

## Relief Requested

### Order to Proceed as a Poor Person Granted

The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that Pro Se Plaintiff is without sufficient funds or assets with which to pay the advance deposit for costs of this action and, therefore, is granted leave to proceed as a poor person and the required advanced deposit for costs is waived.

This court serves all named defendants as Plaintiff cannot afford service fees and cost.

*(signature)*

**Poverty Affidavit / Declaration, Submitted by**
**Plaintiff Crystal L. Cox**

### Certificate of Service:

I hereby certify that I served the foregoing on May 9th, 2013

Mailed to:

**Chicago Office**
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Submitted Respectfully by *(signature)*

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

Crystal@CrystalCox.com