Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368
USA

13CV3633
Judge Grady
Mag. Judge Martin

District of Illinois

Case Number Pending
Electronic Filing Certification

Crystal L. Cox, Plaintiff
1-5 John and Jane Doe Plaintiffs

v.

Defendant(s)

**FILED**

MAY 1 4 2013
05/14/2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I have completed the CM / ECF Tutorial and am familiar with the Electronic Filing Procedures, Best Practices, and with the Civil and Criminal Events Menu and am able to file electronically.

I, Pro Se, Plaintiff Crystal L. Cox, Certify that I am familiar with the CM / ECF system and capable of filing electronically.

1

## Certificate of Service:

I hereby certify that I served the foregoing on May 9th, 2013

Mailed to: *Crystal L Cox* (signature)

**Chicago Office**
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Submitted Respectfully by

Pro Se Plaintiff
Crystal L. Cox
**(406) 624-9510**
PO Box 2027
Port Townsend, WA 98368

Crystal@CrystalCox.com