# United States District Court
## Northern District of Illinois
### Eastern Division

Crystal L. Cox                          **JUDGMENT IN A CIVIL CASE**

      v.                                           Case Number: 13 C 3633

Tracy L. Coenen

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants plaintiff's motion to proceed *in forma pauperis*. Judgment is entered dismissing this case as legally frivolous.

                                            Thomas G. Bruton, Clerk of Court

Date: 6/7/2013                                 _____
                                                    /s/ Olga Rouse, Deputy Clerk